■ MDS HEALTH GROUP, INC., Formerly Known as CMX LABORATORIES, INC., Appellant, v ROBERT CARMICHAEL, Respondent. [636 NYS2d 692] —Order unanimously affirmed without costs for reasons stated in decisions at Supreme Court, Rath, Jr., J. (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.